# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

11875494

| | |
|---|---|
| United States of America<br>v.<br><br>EDUARDO GONZALEZ SILVA<br><br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 2:25-CR- 107 |

U.S. MARSHAL SERVICE
OCT 15 '25 PM 2:49

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EDUARDO GONZALEZ SILVA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute 500 grams or more of methamphetamine (21 U.S.C. § 846, 841(a)(1), (b)(1)(A))

(As more fully set out in the Indictment)

Date: 10-15-25

*Issuing officer's signature*

City and state:   Greeneville, Tennessee

LEANNA R. WILSON, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 21OCT2025, and the person was arrested on *(date)* 22OCT2025
at *(city and state)* La Vergne, Tennessee.

Date: 22OCT2025

*Arresting officer's signature*

DANIEL B BEHRENS, SPECIAL AGENT
*Printed name and title*