UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:25-mj-4400 |
| | ) | |
| | ) | JUDGE NEWBERN |
| EDUARDO GONZALEZ SILVA | ) | |

**UNITED STATES' MOTION FOR A DETENTION HEARING
AND FOR DETENTION OF THE DEFENDANT**

Comes Now the United States of America by Robert E. McGuire, Acting United States Attorney, and Robert S. Levine, Assistant United States Attorney, and moves this Court for detention of the Defendant under 18 U.S.C. § 3142(f)(1)(B) & (C). For cause, the United States submits that the Defendant is charged in the Indictment with a narcotics offense for which a maximum term of imprisonment of ten years or more is prescribed. As such, since these offenses are enumerated under § 3142(f)(1), there is no question that the Government is entitled to a detention hearing on this matter.

Additionally, the United States would submit that – by operation of 18 U.S.C. § 3142(e)(3)(A) & (B) – a rebuttable presumption exists before this court that "no condition or combination of conditions will reasonably assure the safety of any other person and the community." The United States intends to rely on the presumption at the detention hearing in this matter.

The United States also respectfully requests that, should a hearing be necessary, the Court grant the United States a continuance in this matter of three days so that the United States may adequately prepare for the hearing on this motion.

                        Respectfully submitted,

                        ROBERT E. McGUIRE
                        Acting United States Attorney
                        Middle District of Tennessee

By:    */s/ Robert S. Levine*
        ROBERT S. LEVINE
        Assistant U.S. Attorney
        719 Church Street, Suite 3300
        Nashville, Tennessee 37203
        Telephone: (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I served the foregoing to defendant's counsel, Richard Tennent via email.

                                                    */s/ Robert S. Levine*
                                                    ROBERT S. LEVINE